FORM 8

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| WOODCRAFT SUPPLY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA et al<br><br>  Defendants. | Court No.  22-00252 |

**STIPULATION OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Respectfully submitted,

/s/ George R. Tuttle, III.
George R. Tuttle, III.
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive, Suite 3102
San Rafael, CA 94903
Tel. (415) 986-8780
Email: geo@tuttlelaw.com


/s/ Adrienne Braumiller
Adrienne Braumiller
Braumiller Law Group PLLC
5220 Spring Valley Rd., Suite 200
Dallas, Texas 75254
Tel. (214) 348-9306
Email: adrienne@braumillerlaw.com
Attorneys for Woodcraft Supply LLC


Dated: March 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 20378
(212) 264-9240
*Attorneys for Defendant*

4926-5985-0387, v. 1

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by all parties having appeared in this action, is dismissed.

Dated: _____  Clerk, U. S. Court of International Trade

By: _____
    Deputy Clerk

4926-5985-0387, v. 1

# Schedule A

## List of Associated Entries and Protest Numbers

- **Protest No. 410320100360**
    - AVZ-0240886-1
    - AVZ-0240858-0